IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:11-cv-1099-MEF |
| | ) (WO – Do Not Publish) |
| MICHAEL PATRICK, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice (Doc. #25), which the Court construes as a motion for an order of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Upon consideration of Plaintiff's motion (Doc. #25), it is hereby ORDERED that the motion is GRANTED, and that Plaintiff's claims against Michael Patrick are DISMISSED with prejudice, with each party to bear his own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 8th day of May, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE